AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| International Business Machines Corporation ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 7:23-cv-01191-CS |
| Patama Chantaruck ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Business Machines Corporation                                                   .

Date:  02/14/2023

/s/ Sarah Benowich
*Attorney's signature*

Sarah Benowich, SB-1991
*Printed name and bar number*

Davis+Gilbert LLP
1675 Broadway
New York, NY 10019

*Address*

sbenowich@dglaw.com
*E-mail address*

(212) 468-4991
*Telephone number*

(212) 468-4888
*FAX number*