UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

International Business Machines Corporaiton

                            Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 7:23-cv-01191 (CS)

-v-

Patama Chantaruck

                            Defendant(s)

I hereby certify under the penalties of perjury that on 21 day of February, 20 23 , I served:

[X] One copy of the Summons, Complaint, Civil Cover Sheet, Electronic Case Filing Rules & Instructions, Individual Practices of Judge Cathy Seibel _____

by _____, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

**Dated: New York, New York**
      02/21/2023

RUBY J. KRAJICK
CLERK OF COURT

Print Name: J. ACOSTA
DEPUTY CLERK OF COURT