UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>              *Plaintiff*,<br><br>v.<br><br>PATAMA CHANTARUCK,<br><br>              *Defendant*. | Case No. 7:23-cv-01191-CS<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

To: The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Patama Chantaruck.

      Defendant reserves all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

DATED: March 20, 2023
         New York, New York

Respectfully Submitted,

By: */s/ David B. Wechsler*
    David B. Wechsler (Bar No. DW6116)
    **Harris St. Laurent & Wechsler LLP**
    40 Wall Street, 53rd Floor
    New York, NY 10005
    E: dwechsler@hs-law.com
    Tel.: (212) 847-7915
    Fax: (212) 202-6206