UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL BUSINESS MACHINES CORPORATION,

                        *Plaintiff*,

    v.

PATAMA CHANTARUCK,

                        *Defendant.*

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Case No. 7:23-CV-01191-CS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff International Business Machines Corporation and Defendant Patama Chantaruck, through their respective counsel, that the above-captioned action be, and the same hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party bearing that party's own attorneys' fees and costs.

Dated: July 24, 2023

DAVIS+GILBERT LLP

/s/ _____
James R. Levine
Sarah Benowich
1675 Broadway
New York, New York 10019
Telephone: (212) 468-4985
jlevine@dglaw.com
sbenowich@dglaw.com

*Attorneys for Plaintiff
International Business Machines Corporation*

HARRIS ST. LAURENT & WECHSLER LLP

/s/ _____
Kim L. Michael
40 Wall Street, 53rd Floor
New York, New York 10005
Telephone: (212) 847-7914
kmichael@hs-law.com

*Attorneys for Defendant Patama Chantaruck*